IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01210-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JASON THOMAS NORTON,

    Plaintiff,

v.

MICHELE LEOHART, in her official capacity as Acting Administrator, United States Drug Enforcement Administration,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Jason Thomas Norton, is a prisoner in the custody of the Federal Bureau of Prisons currently incarcerated at FCI Cumberland in Cumberland, Maryland. He has submitted *pro se* a "Motion to Set Aside Administrative Forfeiture Pursuant to 18 U.S.C. § 983(e)(1)" (ECF No. 1) and "Application to Proceed Without Prepayment of Fees and Affidavit" (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not on the proper form
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information

(6) __ is missing an original signature by the prisoner
(7) X  is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) X  is missing authorization to calculate and disburse filing fee payments
(10) X  other: § 1915 motion and affidavit and certified account statement only necessary if $400.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) X  is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that Plaintiff may pay the full $400.00 filing fee in lieu of submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his prisoner's trust fund statement for the six-month period immediately preceding this filing. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

3

**within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED April 30, 2014, at Denver, Colorado.

                                 BY THE COURT:

                                 s/Boyd N. Boland
                                 United States Magistrate Judge