IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01210-KLM

JASON THOMAS NORTON,

    Plaintiff,

v.

MICHELE LEOHART,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Set Aside Administrative Forfeiture Pursuant to 18 U.S.C. § 983(e)(1)** [#1] (the "Motion"). Instead of filing a complaint to initiate this matter, Plaintiff, who proceeds in this lawsuit as a pro se litigant, filed the Motion [#1]. On April 30, 2014, Judge Boland entered an Order Directing Plaintiff to Cure Deficiencies [#4]. Plaintiff responded by timely filing a Complaint in this matter, in which he reiterated the relief requested in the Motion [#1]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#1] is **DENIED as moot**.

    Dated: September 11, 2014