IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01210-KLM

JASON THOMAS NORTON,

    Plaintiff,

v.

MICHELE LEOHART,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss Plaintiff's Cause of Action Pursuant to Fed. R. Civ. P. 12(b)(1) & (6)** [#20] ("Defendant's Motion to Dismiss") and on Plaintiff's **Motion to Voluntarily Dismiss** [#26] ("Plaintiff's Motion to Dismiss"). Plaintiff proceeds in this matter as an incarcerated pro se litigant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff may dismiss a case without a Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed either an answer or a motion for summary judgment, and the Court accepts Plaintiff's Motion to Dismiss as a notice of dismissal. **Therefore, the Clerk of Court may dismiss this case without prejudice without entry of a Court order, and shall do so.** Accordingly,

    IT IS HEREBY **ORDERED** that Defendant's Motion to Dismiss [#20] and Plaintiff's Motion to Dismiss [#26] are **DENIED as moot**.

    Dated:  October 27, 2014